UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN FELIX,<br><br>        Plaintiff<br><br>        v.<br><br>L. AYALA, et al.,<br><br>        Defendants. | Case No. CV 18-3524-JLS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint (Dkt. 1), all pleadings and documents filed and lodged in this action, the unopposed motion to dismiss the Complaint brought by Defendants (Dkt. 18, "Motion"), and the related Report and Recommendation of United States Magistrate Judge (Dkt. 21, "Report"). The time for filing objections to the Report has passed, and no objections have been filed with the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1)

///

///

the Motion is GRANTED; and (2) this action is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: May 10, 2019

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE