UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIAN FELIX,<br>　　　Plaintiff<br>　　　v.<br>L. AYALA, et al.,<br>　　　Defendants. | Case No. CV 18-3524-JLS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATE: May 10, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE